UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:10CR14 |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| EDUARDO MORALES-NUNEZ, | ) | |
| | ) | |
| Defendant. | ) | |

On the 6th day of December, 2010, this matter came on before the Court on the United States' oral Motion to dismiss the forfeiture allegation in the Indictment filed herein. The Court finds the Motion should be sustained.

IT IS ORDERED:

1. The United States' oral Motion is sustained. The forfeiture allegation in the Indictment is hereby dismissed.

2. The United States shall release its *Lis Pendens*, currently filed against the real property locally known as 4462 South 62nd Street, Omaha, Nebraska.

3. The U. S. Marshals Service's role as custodian of the property is hereby terminated.

DATED this 10th day of December, 2010.

**BY THE COURT:**

s/ Joseph F. Bataillon
**JOSEPH F. BATAILLON, CHIEF JUDGE**
**United States District Court**