IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiffs,<br><br>　vs.<br><br>EDUARDO MORALES-NUNEZ,<br><br>　　　　　　Defendant. | 8:10CR14<br><br>**ORDER** |

　　　　This matter is before the Court on the defendant's motion for a copy of his criminal case file (Filing No. 83), including any and all evidence in the court files, court orders, pleadings filed by the U.S. Attorney's Office (including plea agreement), transcripts of hearings, police reports, and a certified copy of the sentencing transcript. The defendant requests a waiver of fees associated with the costs of the copies.

　　　　The Court notes that the defendant was sentenced on October 7, 2010 (Filing No. 64), judgment was entered on October 14, 2010 (Filing No. 66), and that no appeal was timely filed. At this time, the defendant has no motions or cases pending before this court, and the defendant makes no showing as to why he needs these copies. Additionally, the court does not maintain copies of evidence or police reports in its files. No transcripts of hearings were prepared in this defendant's case. Accordingly, the Court will deny the motion. The defendant is, of course, free to request copies of filings and to pay the costs of the same. However, the defendant must request copies of specific documents in the case in order for the paid copies to be provided. The Clerk's Office shall not be tasked with searching for "any and all" documents.

　　　　THEREFORE, IT IS ORDERED that the defendant's Motion for Copies and to waive such costs [83] is denied.

　　　　Dated this 19th day of February, 2014.

　　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　　s/ F.A. Gossett, III
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge